```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
JANE DOE                        :    22-CV-06898 (LAP)
                                :
            Plaintiff,          :
                                :         Order
       v.                       :
                                :
THE CITY OF NEW YORK and NEW    :
YORK CITY DEPARTMENT OF         :
CORRECTIONS,                    :
                                :
            Defendants.         :
-------------------------------x
```

Loretta A. Preska, Senior United States District Judge:

    Before the Court is Plaintiff's Motion for Leave to Proceed Pseudonymously. To the extent Defendants object, they shall so inform the Court no later than September 9. Plaintiff may reply no later than September 14 at 5 p.m.

SO ORDERED.

Dated:    New York, New York
           August 30, 2022

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge