```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JANE DOE,                           :
                Plaintiff,          :
                                    :    22 Civ. 6898 (LAP)
          v.                        :
                                    :
THE CITY OF NEW YORK and NEW        :        Order
YORK CITY DEPARTMENT OF CORRECTIONS :
                                    :
                Defendants.         :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    The Court withdraws its order dated January 12, 2023 (dkt. no. 25).

SO ORDERED.

Dated:    New York, New York
           January 12, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge