```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Doe,                                 :
                                     :
                                     :     22 CV 6898 (LAP)
              Plaintiff(s),          :
                                     :        ORDER
       -against-                     :
                                     :
The City of New York,                :
                                     :
                                     :
              Defendant(s).          :
                                     :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      ORDERED that counsel are directed to appear via telephone on March 26, 2024 at 9:30 am for a Pretrial conference in the above action. The dial-in for the conference is (877) 402-9753, access code 6545179.

SO ORDERED.

*Loretta A. Presla* (signature)

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: March 19, 2024

New York, New York